IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA JANASKI and TYLER JANASKI,

*Plaintiffs*,

v.

LEONARD DETTORE and DIEBOLD, INC.,

*Defendants*.

CIVIL ACTION
NO. 15-00572

## ORDER

AND NOW, this 9th day of April, 2015, upon consideration of Defendant Diebold, Inc.'s ("Diebold") Notice of Removal (ECF. No. 1), Plaintiffs' response in opposition (ECF No. 9), and Diebold's reply (ECF No. 11), it is hereby **ORDERED** that the case is **REMANDED** to the Pennsylvania Court of Common Pleas of Philadelphia County for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1332. The Clerk of Court is directed to close this case.

BY THE COURT:

  */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.